AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio    ▼

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Gustavo Karin Tarabay-Viera | ) Case No:  3:18CR167-2 |
| | ) USM No:  77929-061 |
| Date of Original Judgment:  07/26/2019 | ) |
| Date of Previous Amended Judgment: | ) Karen Savir, Esq. |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of     78                           months **is reduced to**   Time-served                       .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     11/03/2022       shall remain in effect.
**IT IS SO ORDERED.**

Order Date:     ~~2-1-2~~  1-31-24                _Walter H. Rice_
                                                 *Judge's signature*

Effective Date:     02/01/2024                   Walter H. Rice, USDJ
                *(if different from order date)*          *Printed name and title*